1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10 | MIGUEL ANGEL CONDE-RODRIGUEZ, )
                                  ) 1: 09-cv—02241-LJO-SMS-HC
11 |              Petitioner,      )
                                  ) ORDER DEEMING PETITIONER'S MOTION
12 |                              ) TO BE OPPOSITION TO RESPONDENT'S
        v.                        ) MOTION TO DISMISS (DOC. 11)
13 |                              )
   | NEIL H. ADLER,              ) ORDER GRANTING RESPONDENT TEN
14 |                              ) DAYS TO FILE A REPLY TO
   |              Respondent.     ) PETITIONER'S OPPOSITION
15 |                              )
                                  )
16 | _____)

17       Plaintiff is a federal prisoner proceeding with a petition

18 for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The

19 matter has been referred to the Magistrate Judge pursuant to 28

20 U.S.C.§ 636(b)(1) and Local Rules 72-302 and 72-303.

21       On April 19, 2010, Petitioner filed a document (Doc. 11)

22 entitled as a motion to dismiss Respondent's previously filed

23 motion to dismiss which, in order to maintain an accurate docket,

24 the Court DEEMS to be Petitioner's opposition to Respondent's

25 motion to dismiss.

26       The Court on its own motion extends the time for the filing

27 ///

28 /////

1

1  of Respondent's reply, if any, to no later than ten days after

2  the date of service of this order.

3

4  IT IS SO ORDERED.

5  **Dated:     April 21, 2010**                                **/s/ Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28